# United States District Court

for

*District of Guam*



FILED
DISTRICT COURT OF GUAM
APR 1 8 2006
MARY L.M. MORAN
CLERK OF COURT

### Report for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearings is Attached)*

| | | |
|---|---|---|
| Name of Offender: | **Carlomagno Sarmiento Alegre** | Case Number: **CR 98-00278-003** |

Name of Sentencing Judicial Officer: Honorable Alex R. Munson

Date of Original Sentence: December 9, 1999

Original Offense: Importation of Methamphetamine, in violation of 21 U.S.C. § 952.

Original Sentence: 60 months imprisonment followed by a five year term of supervised release with conditions: not commit another federal, state, or local crime; not illegally possess a controlled substance; refrain from any unlawful use of a controlled substance, submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter; not possess a firearm; comply with the standard conditions of supervision; participate in a program approved by the U.S. Probation Office for treatment of narcotic addiction or drug or alcohol dependency, which will include testing for the detection of substance use or abuse; maintain lawful employment; perform 300 hours of community service; and pay a $100 special assessment fee.

Type of Supervision: Supervised Release          Date Supervision: October 6, 2003

---

## PETITIONING THE COURT

☐ To extend the term of supervision _____ years, for a total term _____ years.

☒ To modify the conditions of supervision as follows:

1. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, not to exceed four drug tests per month, as directed by the probation officer.

Report for Modifying the
Conditions or Term of Supervision with
Consent of Offender page 2

CAUSE

On September 2, 2005, the Ninth Circuit, in United States v. Stephens, No. 04-50170, addressed 18 U.S.C. § 3583(d) supervised release and 18 U.S.C. §3563(a)(5) probation mandatory testing conditions which requires that the district court determine the maximum number of mandatory drug tests. The Ninth Circuit held that because the statute requires the district court to determine the maximum number of drug tests under the mandatory condition, transferring this duty to the probation officer was an improper delegation of Article III judicial power.

This will allow for adequate time intervals between tests which will help facilitate the detection of use. It also provides for enough additional tests so that the pattern of testing will not be predictable to Mr. Alegre. To address the implications of United States v. Stephens, Ninth Circuit No. 04-50170, it is respectfully requested that the Court modify the defendant's mandatory condition to set the maximum number of tests Mr. Alegre must submit. It is therefore recommended that the mandatory condition be modified as follows:

> "The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, not to exceed four tests per month, as directed by the probation officer."

Carlomagno Alegre is under the supervision of the Central District of California. U.S. Probation Officer Bonita Dixon reported that he his in compliance with his conditions of supervision.

Based on the information above, this Officer respectfully requests that the Court modify the conditions of supervised release, pursuant to 18 U.S.C. § 3583(d) as outlined above. Attached is Probation Form 49, Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision, with Mr. Alegre's consent to the modification.

Reviewed by:

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer
Date: APRIL 14, 2006

Respectfully submitted,

ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Date: 4.14.2006

THE COURT ORDERS

[ ] No Action

[ ] The Extension of Supervision as Noted Above.

[X] The Modification of Conditions as Noted Above.

[ ] Other

RECEIVED
APR 17 2006
DISTRICT COURT OF GUAM
HAGATNA, GUAM

ROGER T. BENITEZ, Designated Judge
Signature of Judicial Officer
4/18/06
Date

Case 1:98-cr-00278   Document 44   Filed 04/18/2006   Page 2 of 3

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
PROBATION OFFICE

## CONSENT TO MODIFY SUPERVISION ORDER

Re: ALEGRE, CARLOMAGNO SARMIENTO
Docket No.: 0993 1:98CR00278-003

I have been advised the U. S. Probation Officer will submit a petition and report to the Court recommending modification(s) of terms and condition of supervision, specifically:

As a condition of supervision, Mr. Alegre shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, not to exceed four tests per month, as directed by the probation officer, pursuant to 18 USC 3583(d).

I consent to the modification(s) and waive a personal appearance before the Court.

_____  2/22/06
Offender                 Date

_____  _____
Attorney of Record       Date

_____  2/22/06
U. S. Probation Officer  Date