

**FILED**
DISTRICT COURT OF GUAM

FEB 21 2007

MARY L.M. MORAN
CLERK OF COURT

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF GUAM

UNITED STATES OF AMERICA )  CRIMINAL CASE NO. 98-00278-003
      Plaintiff, )
)
vs. ) **TRAVEL REQUEST INFORMATION**
)
CARLOMAGNO SARMIENTO ALEGRE )
      Defendant. )

    On December 9, 1999, Carlomagno Sarmiento Alegre was sentenced by the Honorable Alex R. Munson, Designated Judge, U.S. District Court of Guam, for Importation Of Methamphetamine, in violation of 21 U.S.C. § 952. He was sentenced to 60 months imprisonment followed by a term of supervised release of 60 months. The conditions of his supervised release include that he: shall not possess a firearm as defined in 18 U.S.C. § 921; shall not use or possess illegal controlled substances; and shall submit to one urinalysis test within 15 days of release from custody and to two more urinalysis tests within sixty days thereafter; shall participate in a program approved by the U.S. Probation Office for treatment of narcotic addiction or drug or alcohol dependency which will include testing for the detection of substance abuse or use; shall maintain lawful employment; and shall perform 300 hours of community service. On April 18, 2006, his conditions of supervised release were modified to include that he refrain from any unlawful use of a controlled substance and that he submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, not to exceed four drug tests per month, as directed by the probation officer.

    On October 6, 2003, Mr. Alegre was released to the Central District of California where he is being supervised. Mr. Alegre is requesting the Court's permission to travel to the Republic of the Philippines to visit family and an ill sister. He is scheduled to depart Los Angeles, California on March 17, 2007, via Taipei, Taiwan, and returning to Los Angeles, California on April 15, 2007. The Central District of California has reported that Mr. Alegre is in compliance with the conditions of his release, and supports his request.

                                      Respectfully Submitted,

                                      FRANK MICHAEL CRUZ
                                    Chief U. S. Probation Officer

      By:
                                    CARMEN D. O'MALLAN
                                    U. S. Probation Officer Specialist

Reviewed by:

ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc:     File

**ORIGINAL**