| PROB 37<br>(Rev. 7/71) | UNITED STATES DISTRICT COURT<br>FEDERAL PROBATION SYSTEM<br><br>**PERMISSION TO TRAVEL** | ADDRESS OF PROBATION OFFICE<br><br>U.S. PROBATION OFFICE<br>2nd Floor U.S. Courthouse<br>520 West Soledad Ave.<br>Hagatna, Guam 96910<br>(671) 473-9201 |
|---|---|---|

**Carlomagno Sarmiento Alegre**
**USDC Cr. Cs. No. 98-00278-003**
**SSN: XXX-XX-0603**
**DOB: XX-XX-1958**



DATE ____**February 20, 2007**____

YOU ARE AUTHORIZED TO TRAVEL TO   **Republic of the Philippines via Taipei, Taiwan**

LEAVING ____**March 17, 2007**____ AND RETURNING ____**April 14, 2007**____

WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT THIS OFFICE.

**FILED**
DISTRICT COURT OF GUAM

FEB 26 2007

PURPOSE OF THIS TRIP:

**Visit family.**

MARY L.M. MORAN
CLERK OF COURT

SPECIAL INSTRUCTIONS:   (INCLUDE REQUIREMENT OF CRIMINAL REGISTRATION ORDINANCES IN TRAVEL AREA. ALSO INCLUDE INSTRUCTIONS FOR REPORTING IN DESTINATION DISTRICT.)

1. **You shall abide by your supervised release conditions while in the Republic of the Philippines.**

2. **Report to the U.S. Probation Office in person within 72 hours upon arrival in Los Angeles, California.**

3. **Immediately report any change in your travel plans to the U.S. Probation Office.**

COPY MAILED TO CHIEF PROBATION
OFFICER IN DISTRICT OF DESTINATION:

CARMEN D. O'MALLAN
U.S. Probation Officer Specialist

NAME _____

ADDRESS _____

☑ APPROVED          ☐ DISAPPROVED

**RECEIVED**
FEB 21 2007

DISTRICT COURT OF GUAM
HAGATNA, GUAM

HON. FRANCES M. TYDINGCO-GATEWOOD
Chief Judge
District of Guam

DATE: _2-23-07_

ORIGINAL