

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> CARLOMAGNO SARMIENTO ALEGRE ) <br> Defendant. ) <br> ) | CRIMINAL CASE NO. 98-00278-003 <br><br> **REQUEST TO TRAVEL** |

**Re: Changes in Travel Itinerary**

On February 23, 2007, Carlomagno Sarmiento Alegre was authorized to travel to the Republic of the Philippines, to visit family and an ill relative. He had initially requested authorization to travel from March 17, 2007 with a return date of April 14, 2007. Mr. Alegre's travel dates have changed as his travel agent was unable to confirm the return date that he had originally requested. He is still scheduled to leave Los Angeles, California, on March 17, 2007, but will now be returning to the United States on April 16, 2007. The Central District of California has reported that Mr. Alegre remains in compliance with the conditions of his release, and supports his modified travel date.

Respectfully Submitted,

FRANK MICHAEL CRUZ
Chief U. S. Probation Officer

By: _____
CARMEN D. O'MALLAN
U. S. Probation Officer Specialist

Reviewed by:

_____
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc: File